Octavius Davis
P.O. Box 608871
Orlando Fl.32860

[Seminole County Court Eighteenth Judicial Circuit]

Octavius Davis,                )
                               )  Case No. 2018-CA-110-11-G
        Plaintiff,             )
                               )
    vs.                        )  [Breach of contract,
                               )  Negligence, Defamation, slander
John Barbato, Gina Lampone,    )  libel, Discrimination, False or
                               )  Misleading Advertising, Frauds,
  Renee Gorth, Randy,          )  Civil theft, Assault, wrongful
  Danny, John Doe, Broward     )  termination]
                               )
  Factory Service, Crockett    )
                               )
  Herd, Christine Walton, Herd )
                               )  Complaint
enterprises Inc, et al,        )
                               )
        Defendant,             )
                               )
_____)

On June 27th 2017 at 10am, John Barbato Crockett Herd DBA
Broward Factory Service Incorporated, Christine Walton, and Herd
Enterprises were Negligent for breaching verbal agreement with
plaintiff in reference to condition of employment. Defendants
constantly slandered plaintiff and allowed plaintiff to be
slandered based on prejudice. Defendants practiced
discrimination via differential treatment resulting in

[Pleading title summary] - 1

EXHIBIT A

1  wrongfully terminating plaintiff from employment, based on
2  hearsay not examined, without **Just Cause** improperly abusing the
3  At-Will doctrine against a protected class of black employees.
4  **(A)** On Approximately April 5th, 2017, Defendant John Barbato and
5  Broward Factory service Inc. located at 261 Specialty Point
6  Sanford, Florida 32771 were negligent for misleading the public
7  and potential applicants about seeking an Appliance Repair
8  Technician on Indeed.com including a $500 sign on bonus on the
9  ninety first day. This is prohibited under Florida Statutes
10 817.41 and 817.411 a felony in the third degree, punishable as
11 provided in s. 775.083 and will be forwarded for criminal
12 investigation **(Reference Exhibit A)**. **Plaintiff Shows Cause of**
13 **Action** against John Barbato, Crockett Herd, Christine Walton DBA
14 Broward Factory Service, and Herd Enterprises for Breach of
15 verbal Contract, Breach of Material Contract, Negligent Hiring,
16 Negligent Retention, Negligent Misrepresentation, Negligent
17 supervision, Hazardous Negligence, Negligent Training, Culpable
18 Negligence, Contributory Negligence, Passive Negligence,
19 Concurrent Negligence, Advertent Negligence, Gross Negligence,
20 Reckless Negligence, Subsequent Negligence, Simple Negligence,
21 Slander and libel, False information and Advertising, Fraudulent
22 Misrepresentation, Assault, Theft, Prejudicial Discrimination
23 via Differential treatment resulting in wrongful termination.
24 **(1)** Defendant John Barbato and Crockett Herd were negligent and
25 breached verbal contract in reference to plaintiff's job

EXHIBIT A

1  responsibility and conditions. See *Hicks v. Alabama Power Co.,*

2  *623 So.2d 1050 (Ala.,1993.)*(a) To maintain and repair small

3  Household appliances only. (B) Broward Factory Service was

4  seeking an appliance tech in the job post therefore plaintiff

5  applied. (c) However Defendants condition for hire of plaintiff

6  would be to assist HVAC mechanics with system installations

7  only. (d) Plaintiff was in agreement to this additional task,

8  only if defendants compensated the plaintiff $20 per hourly wage

9  at least 40 hours per weekly payday consistently as well as

10 having a clear understanding that plaintiff is unfit and

11 incompetent to function as a Heating and Ventilation Air

12 conditioning Service Mechanic furthermore that the employment is

13 permanent. (e) John Barbato and Broward Factory Service Inc.

14 agreed with plaintiff's condition of employment with *hand shake*

15 see *Mann Bros. logging, Inc. v. Potlatch corp.149 F.3d*

16 *790(C.A.8(ark.)1998)* implying oral in-fact contract and

17 officially hired plaintiff approximately April 5th, 2017. (2)(a)

18 John Barbato, Crockett Herd, and Christine Walton DBA Broward

19 Factory Service Inc. Breached verbal implied contract through

20 *Negligent Misrepresentation*; plaintiff's actual job

21 responsibilities were completely contrary to what was advertised

22 by defendants.(2)(b)Defendants breached verbal contract through

23 *Negligent Hiring*; plaintiff applied for appliance work only, but

24 plaintiff was forced to perform task defendants knew were unfit

25 for plaintiff.(2)(c) Defendants breached verbal contract for

EXHIBIT A

1  assigning Air conditioning Maintenance and repair service calls

2  to plaintiff in addition to Installation which was not the

3  agreement. See *Russ V. TRW Inc*, *570N.E.2d, 1076, 1083-84 (Ohio*

4  *1991)* **(2)** **(d)** Defendants breached verbal contract because the 40

5  hour work week agreement was inconsistent, some weeks yielding

6  only 29 hours **(reference Exhibit B)**. **(3)** John Barbato and

7  Broward Factory Service were *careless* via *Negligent Hiring*.

8  **(c)(1)** For not vetting plaintiff credentials. **(c)(2)** For hiring

9  plaintiff despite being told plaintiff was and still is unfit

10  for the position per plaintiff. **(c)(3)** For knowing that HVAC

11  service for Broward customers is a severe priority; plaintiff's

12  lack of proficiency would indeed cause psychological,

13  physiological, and emotional distress would result in customer

14  complaints. **(C)(4)** For not sparing Plaintiff Psychological

15  distress being placed in a hostile work environment as well as

16  being *discriminated* against via *differential treatment* **(i.e.)**

17  back of the bus Rosa Parks' mentality **(i.e.)** blacks had to enter

18  building through the back door we were not allowed through the

19  front entrance; others were allowed **(i.e.)** in-house *segregation*,

20  and the good old boy network **(i.e.)** I was terminated and

21  replaced with a none black male. **(c)(5)** NO REASONABLE HEATING

22  VENTILATION AND AIR CONDITIONING COMPANY WOULD HAVE HIRED

23  PLAINTIFF WITHOUT FORMAL TRAINING OR FAIL TO REASSIGN PLAINTIFF

24  FOR 86 DAYS WHILE BEING WELL AWARE FOR 86 DAYS THE PLAINTIFF WAS

25  AND STILL IS UNFIT FOR THE POSITION. See (*Malicki v. Doe*, *814*

EXHIBIT A

1  *So. 2d 347, 362 (Fla. 2002).* **(c)(6)** Defendants committed

2  *advertent negligence* for negligent Retention. See *(Garcia v.*

3  *Duffy, 492 So. 2d 435,438-39(Fla. Dist. Ct App. 2d Dist. 1986).*

4  **(4)**John Barbato, Crockett Herd, and Christine Walton DBA Broward

5  Factory service Inc. were Negligent for *Negligent Supervision.*

6  **(d)(1)**Defendants violated the **Occupational Safety and Health Act**

7  **of 1970** as well as **General Duty Clause of the OSH Act. (d)(2)**

8  Defendants fail to provide protective equipment free of charge;

9  plaintiff requested gloves and safety goggles in turn defendants

10  were derelict and neglected to comply. **(d)(3)** Defendant

11  exercised *Hazardous negligence* for violating workplace Safety;

12  defendants forced the plaintiff to work with high voltage

13  electricity of 240 volts or more in the rain, putting plaintiff

14  and other workers at risk of electrocution which can cause

15  death.**(d)(4)** Defendants forced plaintiff and workers to work

16  under extreme temperatures in excess of 130 degrees Fahrenheit

17  in household attics installing HVAC system without providing

18  water which is *hazardous negligence* do to potential dehydration

19  which is deadly.

20  See *Casey v. Wal-Mart stores,Inc.,8f.Supp.2d1330(N.D.Fla.,1998)*

21  **(d)(5)**Defendants neglected through *hazardous negligence* to

22  provide coveralls to prevent duct board fiber glass rash and

23  potential infection to plaintiff. **(d)(6)** Defendants violated

24  workplace safety through *hazardous negligence* for hoarding

25

EXHIBIT A

1  dangerous scrap metal in the workplace without safety barriers
2  which poses risk for trips and laceration to employees.
3  **(5)** Defendants were *negligent* for *negligent supervision* through
4  *negligent training* **(e)(1)** Applicants defendants hire are nothing
5  more than handymen including plaintiff because of *Negligent*
6  *hiring*, therefore **(e)(2)** Continuing education must be offered
7  **(e)(3)** the Supervisor must be readily available for tech support
8  and **(e)(4)** plaintiff must have access to manufactures' product
9  tech support. This *negligence* by defendants caused plaintiff to
10 fail at job function during crucial moments and emergencies.
11 **(e)(5)** Defendants were negligent for *negligent supervision* for
12 assigning work orders the plaintiff was unfit to carry out
13 causing psychological distress on customers leading to
14 complaints. **(i.e.)** defendants were, *Culpably Negligent* for
15 assigning Gina Lampone to order parts knowing she is woefully
16 incompetent to order the right parts for successful task
17 completion through *negligent supervision*. **(e)(6)** Defendants were
18 *negligent in supervision* for not keeping work trucks adequately
19 stocked with parts **(i.e.)** *culpable negligence* the longer
20 customers have to wait on parts being ordered the more they will
21 complain. **(e)(7)** John Barbato was *negligent* for *neglecting* to
22 order oxygen, acetylene, and Nitrogen in a timely matter instead
23 of waiting until the last minute or day of HVAC installation.
24 **(e)(8)** John Barbato was *negligent* each month for *neglecting* to
25 order parts and materials in spite of the need for customer

[Pleading title summary] - 6

EXHIBIT A

1  satisfaction, for self interest to achieve a financial gain

2  through monthly bonus. **(e)(9)** John Barbato and Crockett Herd

3  refused to share commissions with installation handymen or give

4  multiple opportunities to sell HVAC systems causing uproar in

5  employee morale. **(e)(10)** John Barbato was derelict in his duty

6  to supervise for lack of being present for the 8 A.M. morning

7  briefing. John Barbato was derelict in his duty for being late

8  and a no show on many occasions moreover he promised via verbal

9  contract to staff and plaintiff; he would correct his *passively*

10 *neglectful* ways **(i.e.)** *Breach of Contract*. **(e)(11)** Defendants

11 were *grossly negligent* through *negligent supervision* for

12 delegating authority discriminately through favoritism for other

13 handymen like Randy to spy on plaintiff and *defame* job

14 performance knowing no good result will derive from these types

15 of actions which resulted in a verbal confrontation between

16 plaintiff and defendants. **(e)(12)** Defendants were *negligent* in

17 *supervision* for preemptively having plaintiff neglect customers

18 without verifying job satisfaction causing psychological

19 distress and customer complaints. **(e)(13)** John Barbato and

20 Crockett Herd were *advertently negligent* for woefully

21 underestimating the task level of difficulty then subsequently

22 overpromising unrealistic results causing customer

23 dissatisfaction of task proficiency then causing complaints.

24 **(e)(14)** Defendants *willful neglect* of these issues causes very

25 high turnover rate at this office in Orlando with former workers

EXHIBIT A

1  **(6)** John Barbato and Crockett Herd DBA Broward Factory service

2  were primarily *negligent* via *Culpable Negligence* for causing

3  customer complaints. **(f)(1)** On the company website Broward

4  factory service offers 24/7 365 day service to its contract

5  customers however many customers being serviced out of the

6  Orlando branch, never get a call back in reference to

7  emergencies causing customer complaints. **(f)(2)** Company site

8  states that they offer tech training which is not true via

9  *Negligent training* which causes customer complaints in reference

10 to issues not being solved promptly. **(f)(3)** Broward Factory

11 service promises same day service calls in which they were

12 *negligent* in overpromising because on too many occasions

13 customers' appointments were ignored, rescheduled for next day

14 as well as in most cases, next week by office staff

15 **(Reference Exhibit C)**. **(f)(4)** Defendants were *culpably negligent*

16 for failure to consistently supply the correct parts causing

17 customer complaints then made plaintiff the scapegoat. **(f)(5)**

18 Defendants were culpable for an overload of work during

19 plaintiffs, and other technicians work route making it

20 impossible to meet customer time frames causing complaints with

21 tardiness then making plaintiff a *contributor* of *negligence*.

22 **(f)(6)** defendants and office staff via *negligent supervision*

23 failed to proof read customer invoices for accuracy causing

24 plaintiff to diagnose to wrong unit causing customer

25 complaints.**(f)(7)** defendants were culpable for being too

[Pleading title summary] - 8

EXHIBIT A

1  presumptive in reference to length of time for task completion
2  ignoring proper prioritization for assigning task causing
3  customer complaints then making plaintiff a *contributor* of
4  *negligence*. **(f)(8)** Defendants and administration parts warehouse
5  was extremely disorganized causing unnecessary ordering of parts
6  causing long wait times resulting in customer complaints.
7  **(f)(9)** Defendants were *negligent* for not allowing plaintiff to
8  complete work orders from start to finish causing customer
9  complaints; **(i.e.)** customers do not want to see four different
10 techs work on the same item. **(f)(10)** Defendants were *culpable*
11 for not allowing plaintiff and other handymen the ability to
12 order our own parts for customers. Since we actually diagnosed
13 the issue, it would be more efficient for plaintiff to order the
14 correct part than someone who did not diagnose the issue.
15 **(f)(11)** Defendants were *culpable* for cutting hours needed during
16 the work week to stay adequately staffed for plaintiff and
17 handymen to handle workload to customer satisfaction. **(f)(12)**
18 Defendants through *Negligent Hiring* of Handymen were *negligent*
19 for not have specialty shop tools on hand simply because
20 handymen do not work on everything to a total extent of each
21 trade discipline therefore defendants were *passively negligent*
22 to expect plaintiff to have every possible tool needed to
23 complete every specific task at hand. **(F)(13)** Through *negligent*
24 *misrepresentation* and fraud defendants are offering a service of
25 having professional service repair men when in actuality the

EXHIBIT A

1  customers will only get a handyman disguised as the professional
2  tradesmen working under a sole owner (Crockett Herd)
3  contractor's license which is and still is the primary customer
4  complaint not caused by plaintiff resulting in slander.
5  **(G)(1)** Defendants John Barbato and Crockett Herd DBA Broward
6  Factory Service Inc were advertently negligent for Slander and
7  Libel; defendants arbitrarily terminated plaintiff for poor work
8  performance, and customer complaints causing emotional distress
9  that was based on **hearsay not examined** or physical evidence
10 present **(reference Exhibit D.)** **(G)(2)** Plaintiff informally
11 investigated via phone and spoke to Cleide Salles at the
12 corporate branch who verified that there were no complaints in
13 plaintiff's file. **(G)(3)** Defendants claim customers complained
14 about plaintiff causing emotional distress **(i.e.)** making
15 customers feel bad. **(G)(4)** Defendants wouldn't allow plaintiff to
16 impeach customer statements through *passive negligence* allowing
17 slander to take hold. **(G)(5)** Defendants accused via libel
18 plaintiff for poor work performance when all plaintiff had to do
19 was drive to customers home and repair their issue. The
20 plaintiff either resolved the issue or did not resolve the
21 issue. If the issue was not resolve, in most cases it was
22 because of the Defendants *culpable negligence* never the
23 plaintiff only **(Formal Discovery will prove this at trial)**. In
24 some cases techs and the plaintiff were unfit for the task at
25 hand which brings this case back to *Negligent hiring* and

[Pleading title summary] - 10

EXHIBIT A

1  *Negligent Supervision* causing slander and libel and ultimately

2  Defamation.

3  **(H)(1)** Defendants John Barbato and Crockett Herd DBA Broward

4  Factory Service Inc were negligent for wrongful termination.

5  **(H)(2)** Defendants terminated plaintiff for **Hearsay** not examined

6  without **Just Cause**. **(H)(3)** Defendants terminated plaintiff for

7  reasons unclear without convincing evidence. **(H)(4)**Defendants

8  terminated plaintiff for all of their *willful negligence*, for

9  which plaintiff did not commit. **(H)(5)** Defendants fired

10 plaintiff to prevent the written promise of a $500 bonus given

11 at the 91st day of employment which is breach of contract through

12 *negligent Misrepresentation* and *false pretense.***(H)(6)** Defendants

13 neglected their own employment policies via handbook for firing

14 plaintiff without prior verbal warning and written warning prior

15 to terminating plaintiff **(Reference Exhibit E)**.**(H)(7)**Defendants

16 purposely fired plaintiff in order to hire a none black person

17 and possibly pay them less money which is solely unethical and

18 against employment policy as well as a **Breach of Good Faith and**

19 **Fair Dealing** and implying *discrimination*. See <u>Clearly v.</u>

20 <u>American Airlines</u>, *111 Ca App 3d(1980).*(H)(8)Defendants implied

21 that the termination of plaintiff was wrongful because they paid

22 plaintiff for a full 8 hour day the morning plaintiff was fired

23 and John Barbato told plaintiff "I like You" **(Reference Exhibit**

24 **F)**.**(H)(9)** Defendants fired plaintiff for invoking <u>Fla.</u>

25 <u>Stat,448.102(1)</u> in retaliation for practicing *discrimination* in

EXHIBIT A

1  the workplace, and plaintiff mentioned to blow the whistle which

2  is a violation of **Florida Law Title VII** in turn plaintiff seeks

3  relief through civil action stated in Fla.

4  Stat,448.103(1)(a)remedy(2) **(H)(10)** Defendants fired plaintiff

5  for invoking Fla.stat,448.102(1) in retaliation for practicing

6  Occupational Safety and health act violations in the workplace,

7  and plaintiff mentioned to blow the whistle which is a violation

8  of the **Florida Whistle Blower Act** in turn plaintiff is seeking

9  relief through civil action stated in Fla.Stat,448.103(1)(a)

10  remedy(2) **(H)(11)** Defendants fired plaintiff for invoking Fla.

11  Stat,448.102(1) in retaliation for practicing Environmental

12  Protection Agency 608 Clean Air Act violation in the workplace,

13  and plaintiff mentioned to blow the whistle which is a violation

14  of the **Florida whistle Blower Act** See *U.S. ex rel. Campbell v.*

15  *Lockheed Martin Corp., 282 F.Supp.2d 1324 (M.D. Fla.,2003)* in

16  turn Plaintiff seeks relief through civil action stated in Fla.

17  Stat,448.103(1)(a)Remedy(2) **(H)(12)** Because defendants *Negligent*

18  in hiring none professional handymen and they're not formally

19  educated in every trade profession themselves; defendants have

20  the audacity to fire plaintiff, or any other handyman for poor

21  work performance for what they may lack knowledge of especially

22  coming out of a *negligent environment* which would give the

23  appearance the handymen were *contributing* to the *negligence.*

24  John Barbato should step down from his post plaintiff **shows no**

25  **confidence**. It will be **proven at trial** that John Barbato and

EXHIBIT A

1  Broward Factory service incorporated were derelict in their duty
2  of care for the plaintiff as well as other employees, who had
3  dealt with the Orlando division office. John Barbato, Crockett
4  Herd and Christine Walton DBA Broward Factory service
5  incorporated illustrated by way of *negligence* Overall and
6  willful disregard of plaintiff civil rights (**Reference Exhibit**
7  **G)** "At-Will" and the slogan right to work is a racist Doctrine
8  at its' historical root still being enforced today which only
9  puts blacks and other minorities at a disadvantage and subject
10 to underemployment and massive unemployment which of course,
11 does not aggressively apply to white folks on the job because
12 they are protected in large by **Systematic White Supremacy.** *See*
13 *historic reference* Civil rights leaders like Martin Luther King,
14 Jr., who saw an alliance with labor as crucial to advancing civil
15 rights as well as economic justice for all workers, spoke out
16 against **right-to-work laws;** this 1961 statement by King was widely
17 circulated this week during Michigan's labor battles: spreading
18 throughout the south adopted in Florida "**In our glorious fight for**
19 **civil rights, we must guard against being fooled by false slogans,**
20 **such as 'right to work.' It is a law to rob us of our civil rights**
21 **and job rights. Its purpose is to destroy labor unions and the**
22 **freedom of collective bargaining by which unions have improved**
23 **wages and working conditions of everyone..Wherever these laws have**
24 **been passed, wages are lower, job opportunities are fewer and there**
25 **are no civil rights."** Defendants, Herd Enterprises, DBA Broward

EXHIBIT A

1  Factory Service Incorporated, aggressively enforced this

2  nefarious, racist, and bias practice unfairly among the majority

3  of black and minority employees **Shows Cause** for the careless,

4  deceitful, and thoughtless employer.

5  (I) Plaintiff **Shows Cause of Action** against Gina Lampone,

6  Crockett Herd, Christine Walton, and Herd Enterprise

7  Incorporated for Passive negligence, Culpable Negligence,

8  Negligent Supervision, discrimination, Defamation, and

9  conspiracy in assisting to commit wrongful termination through

10 contributory negligence. (I)(1) Defendants were careless through

11 *culpable negligence* for accepting responsibilities knowing she

12 was and still is unfit for (i.e.) like ordering wrong parts and

13 lacking technical terminology (I)(2) Defendants were *passively*

14 *negligent* for overpromising arrival times to customers that were

15 impossible to meet contributing to a customer's psychological

16 distress. (I)(3) Defendant was *culpably* negligent for carrying

17 out John Barbato's deceit (i.e.) misleading workers in reference

18 to our supervisor's whereabouts through *negligent supervision* at

19 the time. (I)(4) Defendants were *culpably negligent* for

20 promising to schedule customers on days tech would not be

21 available or present in the area causing customer

22 complaints. (I)(5) Gina was *Passive* for failure to verify the day

23 of whether or not tenants would be present to meet with handymen

24 in order to get task done. (I)(6) Defendants were *culpably*

25 *negligent* for adding on to plaintiff work order schedule while

EXHIBIT A

1  maintaining the unrealistic promise to stay on time schedule
2  causing customer complaints. (I)(7) Defendants were *passively*
3  *negligent* for not prioritizing properly for on call service
4  standing up many customers over the weekend causing customer
5  complaints. (I)(8) Defendants were *passively negligent* for not
6  carefully proof reading or confirming plaintiff's diagnosis
7  causing customer complaints. (I)(9) Defendants were *Passively*
8  *Negligent* for failure to preorder parts causing great
9  disappointment and customer psychological distress causing
10  customer complaints.(I)(10) Defendants were *passively negligent*
11  for not following detail instructions overall giving an
12  appearance plaintiff committed *contributory negligence*.
13  (J)(1) Defendants were *culpably negligent* through willful
14  negligence for intentionally causing plaintiff to be late to
15  customers' homes, knowing it was impossible for plaintiff to
16  arrive on time because every work van had an electronic tracking
17  device system, which showed office staff the exact whereabouts
18  as well as time distance from point A to point B causing
19  complaints do to tardiness causing customer emotional distress
20  and time inconvenience (**Formal Discovery or Duces Tecum will**
21  **prove this evidence at trial**). (J)(2) Defendants were *culpably*
22  *Negligent* for overpromising to the point of Deceit causing
23  customer complaints. (J)(3) Defendants were *culpable* for not
24  checking parts upon arrival to make sure nothing was missing.
25  (J)(4) Defendants were *culpable* for giving customers prognosis

EXHIBIT A

1  before diagnosis could be performed causing customer complaints.

2  **(J)(5)** Defendants were *culpable* for not checking with the

3  handyman first before calling the customer and making all sorts

4  of promises. **(K)(1)** Defendant Gina Lampone was *negligent* for

5  *negligent supervision* to thinks she could supervise anyone

6  adequately. **(K)(2)** Defendant was negligent in her supervision

7  for refusing to reprimand white employees, yet did not mind

8  reprimanding black employees, including plaintiff. **(K)(3)**

9  Defendant was passive for not requesting more training or asking

10 the right questions in a timely manner. **(K)(4)** Defendant

11 negligently supervised for scheduling morning appointments in

12 the afternoon and afternoon appointments in the morning causing

13 too many missed appointments leading to customer complaints.

14 **(K)(5)** Defendant was *negligent* in her *supervisory* for telling

15 customers directly that their unit will be fix same day even

16 though it was not possible causing customer complaints.

17 **(L)(1)** Defendants promoted a culture of *discrimination* via

18 *differential treatment* from white workers. **(L)(2)** Defendant did

19 not allow plaintiff whose race is black to enter building

20 through the front door, only the back door despite plaintiff was

21 not illegally trespassing the premises. **(L)(3)** Defendant did not

22 allow plaintiff to dwell in the front lobby area among female

23 workers which implies in-house segregation based on gender in

24 the work place allowing *discrimination* to take hold **without Just**

25 **Cause.** **(M)(1)** Defendant Gina Lampone was *reckless* for being

EXHIBIT A

1 presumptive to Slander plaintiff for Misappropriation of company

2 gas card, based on **Hearsay not examined** orchestrated by John

3 Barbato to nefariously justify terminating plaintiff. **(M)(2)**

4 Defendant was reckless in trying to coerce plaintiff into

5 confessing to a crime; plaintiff did not commit. **(M)(3)** Despite

6 the overwhelming exculpatory evidence in plaintiff favor, clerk

7 mistakenly double charged the gas card.**(M)(4)**This was the first

8 wave of defamation to conspire to terminate plaintiff through

9 *reckless negligence* to remove plaintiff from position.**(M)(5)**

10 Defendant exercised reckless negligence and neglected a standard

11 of care in order to assist to conspire to get the plaintiff

12 fired.**(M)(6)**Therefore Gina Lampone contributed to negligence

13 overall.

14 **(N)(1)** Plaintiff **Shows Cause of Action** against Randy, Crockett

15 Herd, and Christine Walton for Reckless Negligence, Hazardous

16 Negligence, Passive Negligence, Defamation, Discrimination and

17 conspiracy to assist in wrongful termination through

18 contributory negligence.

19 **(N)(2)** Randy was *reckless* for slandering plaintiff name in the

20 workplace causing a very contentious and hostile work

21 environment.**(N)(3)** Randy willfully threatened Plaintiff saying

22 "I'll hand you a country ass whopping" which is against company

23 policy handbook contract **Fighting Threats and Weapons Reference**

24 **(Exhibit H)**. also, this is illegal by Fla. Stat,784.011 **Assault**

25 punishable as a misdemeanor of the second degree as provided in

EXHIBIT A

1  s.775.083. **(N)(4)** Randy was *Reckless* for intentionally misleading

2  plaintiff on HVAC installation job site then slandering

3  plaintiff to superiors. **(N)(5)** Randy was *Reckless* for

4  intentionally misdirecting plaintiff into performing HVAC task

5  improper without correction then slandering plaintiff to

6  superiors. **(N)(6)** Randy was *reckless* for giving false and

7  improper technical support then slandering Plaintiff to

8  superiors. **(N)(7)** Randy was *reckless* for slandering other

9  Handymen without knowing the totality of the circumstance which

10  may have behooved the handyman for making the decision made at

11  the time of diagnosis then Slandering workers. **(N)(8)** Randy was

12  *reckless* for being presumptive about an issue without

13  confronting the actual witnesses involved. **(N)(9)** Randy was

14  *reckless* for not being a team player at critical times of needed

15  customer satisfaction then slander plaintiff for any customer

16  complaints as a result. **(N)(10)** Randy was *reckless* for being

17  selfish for not sharing his specialty tools with plaintiff at

18  the cost of customer satisfaction just to slander plaintiff

19  because of race. **(N)(11)** Despite Broward Factory service's

20  *Negligent Supervision*; Randy was reckless for *contributing* to

21  the *negligence* then slandering plaintiff. **(N)(12)** Randy was

22  reckless for *slandering* plaintiff to superiors for not assisting

23  with HVAC installation when the plaintiff performed 50% of the

24  work indeed. **(N)(13)** Randy was *Reckless* through *Hazardous*

25  *Negligence* for illegally venting refrigerant in the atmosphere.

EXHIBIT A

1   This *willful negligence* is a violation of the **608 Clean Air Act**
2   in turn the EPA is authorized to assess fines of up to $37,500
3   per day. **(N)(14)** Randy was reckless in violating OSHA standards
4   for not wearing safety gloves while handling refrigerant.
5   **(N)(15)** Randy was *passively negligent* for not requesting
6   sufficient water, knowing we had to work in extreme heat.
7   **(N)(16)** Randy was *Passive* for not requesting safety back support
8   brace knowing we must lift heavy equipment. **(N)(17)** Randy was
9   *Passive* for refusing to acknowledge and assess how long an
10  installation job will take and its' level of difficulty. **(N)(18)**
11  Randy was *reckless* for not properly assessing the HVAC
12  installation project beforehand while being audacious to
13  complain about going home for the day. **(N)(19)** Plaintiff observe
14  during employment that installer Randy has received customer
15  complaints like everyone else however he was immune to
16  complaints just because he installs HVAC systems resulting in
17  differential treatment.    **(N)(20)** Randy was *reckless* for taking
18  installation assignments then chose to be discriminating on who
19  he wanted on the job site when it was not his choice to do so
20  moreover complaining about blacks on site in a *slanderous*
21  fashion. **(N)(21)** Randy was recklessly *negligent* for choosing to
22  discriminate and be an agent to conspire to get plaintiff fired
23  (The Second Wave of *slander*). **(N)(22)** John Barbato through
24  *Negligent Supervision* appointed Randy, who executed *contributory*
25  *negligence* to purposely *slander* plaintiff to have plaintiff

EXHIBIT A

1   removed from position in order to replace plaintiff with a

2   nonblack person which implies *Racial Discrimination* therefore

3   this is an **EEOC violation.**(complaint will be filed)

4   (O)(1) Plaintiff **Shows Cause of Action** against Renee Gorth,

5   Crockett Herd, and Christine Walton for Passive Negligence,

6   culpable Negligence, and concurrent Negligence through

7   contributory negligence. (O)(2) Defendant was *careless* for

8   giving false Expected time of arrival on parts to customers

9   causing customer complaints. (O)(3) Defendant was *careless* for

10   being too short winded on the phone with customers causing

11   complaints. (O)(4) Defendant was *culpable* for forgetting to hand

12   out all work orders causing unnecessary rescheduling causing

13   customer complaints. (O)(5) Defendant was culpable for

14   overpromising handyman arrival not possible to meet. (O)(6)The

15   Defendant being black was passive for neglecting to report

16   obvious discrimination and differential treat in the workplace.

17   (O)(7) Defendant shared culpability via concurrent Negligence

18   with Gina. (O)(8) Defendants Renee and Gina were *passive* for

19   failure to mail plaintiff' paystub during the week plaintiff was

20   wrongfully terminated. (O)(9) Defendants Renee and Gina were

21   *Passive* for failure to mail the plaintiff' final paystub (**i.e.**)

22   plaintiff shouldn't have to call to receive; defendants knew

23   plaintiff wasn't present anymore, so just mail it to plaintiff

24   i.e. *Simple Negligence.*(O)(10) Defendants Renee and Gina were

25   *passive* for not requesting more training or asking the right

EXHIBIT A

1  questions in a timely manner. (O)(11) Defendants Renee and Gina

2  were negligent in their supervision for scheduling morning

3  appointments in the afternoon and afternoon appointments in the

4  morning causing too many missed appointments leading to customer

5  complaints. (O)(12) Defendants Renee and Gina were negligent in

6  their leadership for telling customers directly that their unit

7  will be fix same day even though it was not possible causing

8  customer complaints.

9  (O)(13) Defendants Renee and Gina promoted a culture of

10  discrimination via differential treatment from white workers.

11  (O)(14) Defendant did not allow plaintiff whose race is black to

12  enter building through the front door, only the back door

13  despite plaintiff was not illegally trespassing the premises.

14  (O)(15) Defendant did not allow plaintiff to dwell in the front

15  lobby area among female workers which implies in-house

16  segregation based on gender in the work place allowing

17  discrimination to take hold **without Just cause**. (O)(16)Defendant

18  Renee was passively negligent for failure to organize the proper

19  arrangements for plaintiff to obtain his RECOVERY CYLINDER.

20  Plaintiff called via phone explaining to Renee it was

21  unintentionally left behind and she was told to write down and

22  given a full description of this YELLOW TOP GRAY BODY SKINNY

23  FORM CYLINDER however do to defendant' *Passive Negligence*,

24  arrangements were never made for plaintiff to retrieve

25  property.(O)(17) Defendants are illegally depriving plaintiff of

EXHIBIT A

1 | recovery cylinder and its' benefits which is prohibited under
2 | Florida Statute 812.014; punishable as a misdemeanor of the
3 | first degree, as provided in s. 775.083. Plaintiff will forward
4 | charges to the Seminole County State Attorney's Office. This is
5 | one of the prime examples of the passive overall negligence of
6 | the Orlando Division Office. **(Motion for Replevin will be filed)**
7 | **(P)(1)** Plaintiff **Shows Cause of Action** against Danny, Crockett
8 | Herd, and Christine Walton for Passive Negligence, Slander,
9 | Discrimination. **(P)(2)** Defendant was Passive for being too
10 | presumptive and failing to diagnose appliance issues accurately
11 | then *slandering* plaintiff. **(P)(3)** Defendant was Passive for
12 | failing to verify complaints then *slandering* plaintiff. **(P)(4)**
13 | Defendant was passive for failure to demand manufacture's
14 | technical support while replacing parts know the results would
15 | be negative causing customer complaints then slandering
16 | plaintiff. **(P)(5)** Defendant was passive for failing to spend the
17 | adequate time necessary to resolve an issue correctly, causing
18 | customer complaints then slandering plaintiff. **(P)(6)** Defendant
19 | was negligent for willfully fixing the same problem repeatedly
20 | knowing the problem would not be resolved then slandering
21 | plaintiff. **(P)(7)** Defendant was passive for not recording the
22 | correct model and serial information then slandering plaintiff.
23 | **(P)(8)** Defendant was passive for not given the office staff all
24 | the correct part information to complete the customers issue
25 | correctly. **(P)(9)** Defendant was passive for not asking for

EXHIBIT A

1 | additional manpower when needed causing customer complaints
2 | which caused too many trips back and forth to the home without
3 | resolution.(P)(10) Defendant was passive and derelict in
4 | excising overall due diligence to promote customer satisfaction
5 | if the defendant were prudent. (P)(11) Defendant was passive for
6 | not taking any responsibility for his misdeeds that caused
7 | customers Psychological and emotional distress indeed. (P)(12)
8 | Danny was negligent for stonewalling, allowing a culture of
9 | discrimination via differential treatment to take hold by
10 | neglecting to show regard for a duty of care. (P)(13) The
11 | defendant, working for the company for over ten years knew
12 | blacks were being unfairly treated and terminated neglected to
13 | report it. (P)(14) Danny knew blacks had to arrive on time to
14 | work every day at 8 a.m. or be reprimanded except Danny a
15 | handyman like the other blacks, promoting differential
16 | treatment. (P)(15) Danny knew blacks were forced to enter
17 | through the back door except for whites promoting differential
18 | treatment. (P)(16) Danny supported in house segregation among
19 | black handymen in the work place. (P)(17) While the plaintiff
20 | was conducting informal investigation about possible staff
21 | changes; Danny was nonchalant and willfully deceitful about the
22 | circumstances. (P)(18) The defendant supported the wrongful
23 | termination and discrimination because the defendant trained
24 | replacement none black Handyman then was passive to be forth
25 | coming about this issue. (P)(19) Danny Knowing John's

EXHIBIT A

1  incompetence was Passive for failure to report no confidence to
2  corporate. **(P)(20)** Danny allowed this Negligent and bias culture
3  to take hold because defendant is unreasonable, self centered,
4  and extremely narcissistic. **(P)(21)** Danny was negligent for not
5  demanding proper leadership when needed. **(P)(22)** Defendant was
6  negligent for promoting self interest only to the company
7  detriment. **(P)(23)** Defendant was bias against plaintiff for
8  making tasks much more difficult than necessary. **(P)(24)**
9  Defendant was negligent for undermining competent stability in
10 the work place through passive negligence to promote what is
11 right. **(P)(25)** Defendant was passive overall for not taking
12 responsibility in the workplace of a prudent person.
13 **(Q)(1)** Plaintiff **Shows Cause of Action** against John Barbato,
14 Crockett Herd, Christine Walton, and Herd Enterprise DBA
15 Broward Factory service Inc. for Passive Negligence, Reckless
16 Negligence, Hazardous Negligence, and Discrimination via
17 differential treatment. **(Q)(2)** Defendant was *passive* and
18 reckless for not running a vacuum to clean refrigerant lines
19 during HVAC installations causing problems in the near future
20 with new systems causing liabilities for the company. **(Q)(3)**
21 Defendant was *passive* and *reckless* for not properly recovering
22 refrigerant which is a violation of the environmental
23 protection agency' **608 Clean Air Act**. **(Q)(4)** Defendant was
24 *Passive* for not assessing installations properly and requesting
25 adequate time to complete HVAC installation in order to prevent
   taking short cuts. **(Q)(5)**

EXHIBIT A

Defendant was passive for not telling Gina Lampone all the
proper materials to order for HVAC installations, knowing Gina
is woefully incompetent in heating ventilation and air
conditioning installation. (Q)(6) Defendant was *reckless* for
not charging unit to compensate the run causing new systems to
work harder to cool homes during extreme humid temperatures in
the summer. (Q)(7) Defendant was *passive* for not requesting the
proper tools to efficiently complete the installation causing
handymen to be over worked. (Q)(8) Defendant was *reckless* and
passive for not demanding water (i.e. *Hazardous negligence*),
knowing installers work under extreme temperatures causing
dehydration which is deadly.(Q)(9)Defendant was *reckless* for
not demanding safety Gloves for protection against refrigerant
burns. (Q)(10) Defendant was reckless for not demanding safety
goggles for eye protection for brazing with torch.(Q)(11)
Defendant was *reckless* for not demanding back braces for heavy
lifting of HVAC equipment. (Q)(12) Defendant was *passive* for
not upholding the **Occupational Safety and Health Act of 1970.**
(Q)(13) Plaintiff observe during employment that installer
manager John Barbato has received customer complaints like
everyone else however he was immune to complaints just because
he biologically related to the Herd family resulting in
differential treatment. (Q)(14) The defendant being bias was
*passive* for failing to confirm in house *discrimination* to
corporate office even though he knew blacks only could enter
the building through the back door only. (Q)(15) The defendant

EXHIBIT A

was passive for not reporting in house segregation and the
overall differential treatment of black people in the workplace
through *passive Negligence*. **(R)(1)** Plaintiff **Shows Cause of
Action** against John Doe, Crockett Herd, Christine Walton, Herd
enterprises DBA Broward Factory Service inc. for Discrimination
via differential treatment. **(R)(2)** The defendant who's none
black knowingly accepted the position under the circumstances of
the plaintiff being black and wrongfully terminated because of
*discrimination* in the workplace as well as taking less money for
the same position. **(R)(3)** Defendant carelessly participating in
unethical behavior disregarding a moral duty of care to uphold
**good faith and fair dealing**, for defendant to not take part in
*discrimination* or wrongful replacement in order to maintain his
own integrity.

**(S)(1)** Plaintiff **Shows Cause of Action** against Crockett Herd,
Christine Walton, Herd Enterprises DBA Broward Factory Service
Incorporated for Breach of contract (Material Breach),
Subsequent Negligence, Discrimination, Negligent
Misrepresentation, and fraudulent misrepresentation.

**(S)(2)** On approximately April 5, 2017, defendants and plaintiff
agreed that discrimination would not be tolerated on any level
based on race, creed, gender, religion, sexually orientation,
nationality and or differential treatment of any kind. **(S)(3)**
Plaintiff signed written agreement in pre-employment hiring
paper work (**i.e.**) to be discovered in **formal discovery**. **(S)(3)**

[Pleading title summary] - 26

EXHIBIT A

1  As written in this pleading, defendants were reckless for
2  breaching written agreement not to promote or invoke prejudicial
3  discrimination of any nature. (S)(4) Defendants were careless
4  for not performing employee wellness checks through their own
5  subsequent negligence allowing a culture of discrimination to
6  take hold ultimately damaging plaintiff. (S)(5) Defendants were
7  negligent for being nonchalant about *discrimination* in the
8  workplace. (S)(6) Defendants were Negligent for not abiding by
9  antidiscrimination laws which is illegal as well as an **EEOC**
10 **violation.** (S)(7) Defendants were negligent for approving the
11 wrongful termination of plaintiff for mentioning to blow the
12 Whistle about workplace discrimination, violating **Florida**
13 **Whistle Blower Laws Fla. Stat. 448.102(1)** (S)(8) The defendants
14 were also negligent for possible criminal element of fraud
15 through fraudulent misrepresentation possible violation of
16 **Florida Statutes Chapter 817** or material misrepresentation in
17 reference to False Pretenses and Frauds. (S)(9) Customers had
18 many concerns presented to plaintiff, about not receiving all
19 the services stated in their prepaid annual material contract.
20 (1) Customers were suspicious about not having skilled
21 professional formally trained certified tradesmen in their homes
22 working on equipment, contractually promised to them, the
23 customers suspicions were true because the plaintiff and other
24 workers were just hacks not professionals. (2) Several customers
25 complained about not receiving 24/7 emergency service,

EXHIBIT A

1  contractually promised to them, customer suspicions were true

2  because office staff scheduled several emergencies the next

3  business day. **(3)** Customers of the gold plan were suspicious

4  about not obtaining timely replacement, contractually promised

5  to them; customer suspicions were true because plaintiff was

6  force to mislead customers and continued to fix equipment

7  woefully beyond repair prolonging the problem causing complaints

8  to corporate office. **(4)** Customers complained about having the

9  repairs guaranteed despite parts were no longer in circulation

10 even though this was contractually promised to them. **(5)** Based

11 on customer complaints to plaintiff as well as plaintiff direct

12 and indirect involvement with these matters Defendants, Herd

13 Enterprises DBA Broward Factory Service must be investigated for

14 criminal misconduct of fraud for scheming to defraud customers

15 for home warranty monetary premiums which is a breach of company

16 policy under **Fraud Dishonesty and False Statements Reference**

17 (**Exhibit H**) moreover prohibited under <u>Fla. Stat 817.034</u> **Florida**

18 **Communications Fraud Act section (d) Scheme to Defraud. (6)** Base

19 on the body of this entire complaint, Plaintiff was inflicted

20 with emotional and psychologically distressed, and plaintiff

21 seeks relief for Job loss (**unicorn**), loss wages, violation of

22 civil liberties, unfair treatment, victim of crime, as well as a

23 compromise of character for being mislead into possible

24 representation of criminal misconduct which exceeds

25 compensatory damages for lost wages of $25,000 plus $200 for

   plaintiff's

EXHIBIT A