UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**OCTAVIUS DAVIS,**

      **Plaintiff,**

v.                                                              **Case No: 6:18-cv-269-Orl-41KRS**

**JOHN BARBATO, RANDY CLARK,
CROCKETT HERD and HERD
ENTERPRISE INC,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal (Doc. 38). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 13, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party